IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FMT SOLUTIONS, INC., an Oregon Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>FINANCIAL & TAX STRATEGIES, INC., GARY GOLDBERG, MORRISON FINANCIAL, FORESIGHT EDUCATION, LLC, MIKE MORRISON, JOHN & JANE DOES 1-20,<br><br>    Defendants. | Case No. 4:12-cv-01882-JAR |

## STIPULATION RE CONSENT INJUNCTION AND DISMISSAL WITH PREJUDICE

Plaintiff FMT Solutions, Inc. ("FMT") and Defendants Financial & Tax Strategies, Inc., Gary Goldberg, Morrison Financial, Foresight Education, LLC and Mike Morrison (collectively "Morrison/Goldberg"), by and through their counsel, hereby represent to the Court that the above-captioned matter has been resolved through settlement, and further stipulate to the entry by the Court of the Consent Injunction attached hereto as Exhibit 1 which fully resolves this lawsuit with prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 6, 2014

Respectfully submitted,

EVANS & DIXON. LLC

By: /s/Don V. Kelly
Don V. Kelly (#37121MO)
Benjamin M. Fletcher (#58309MO)
Evans & Dixon, LLC
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
Telephone: (314) 552-4066
Facsimile: (314) 884-4466

*Attorneys for Plaintiff FMT Solutions, Inc.*

SENNIGER POWERS, LLP

By:   /s/Robert M. Evans, Jr.
      Robert M. Evans, Jr., #35613MO
      Benjamin J. Hodges, #62147MO
      100 N. Broadway, 17th Floor
      St. Louis, MO 63102
      Telephone:  (314) 345-7000
      Facsimile:  (314) 345-7600
      revans@senniger.com
      bhodges@senniger.com

*Attorneys for Defendants Financial & Tax Strategies, Inc., Gary Goldberg, Morrison Financial, Foresight Education, LLC, and Mike Morrison*