IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FMT SOLUTIONS, INC., an Oregon Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FINANCIAL & TAX STRATEGIES, INC., GARY GOLDBERG, MORRISON FINANCIAL, FORESIGHT EDUCATION, LLC, MIKE MORRISON, JOHN & JANE DOES 1-20,<br><br>　　　　　　Defendants. | Case No. 4:12-cv-01882-JAR |

## STIPULATION RE CONSENT INJUNCTION AND DISMISSAL WITH PREJUDICE

Plaintiff FMT Solutions, Inc. ("FMT") and Defendants Financial & Tax Strategies, Inc., Gary Goldberg, Morrison Financial, Foresight Education, LLC and Mike Morrison (collectively "Morrison/Goldberg"), by and through their counsel, hereby represent to the Court that the above-captioned matter has been resolved through settlement, and further stipulate to the entry by the Court of the Consent Injunction attached hereto as Exhibit 1 which fully resolves this lawsuit with prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 6, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　EVANS & DIXON. LLC

　　　　　　　　　　　　　　　　　　　　By: /s/Don V. Kelly
　　　　　　　　　　　　　　　　　　　　Don V. Kelly (#37121MO)
　　　　　　　　　　　　　　　　　　　　Benjamin M. Fletcher (#58309MO)
　　　　　　　　　　　　　　　　　　　　Evans & Dixon, LLC
　　　　　　　　　　　　　　　　　　　　211 N. Broadway, Suite 2500
　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63102
　　　　　　　　　　　　　　　　　　　　Telephone: (314) 552-4066
　　　　　　　　　　　　　　　　　　　　Facsimile: (314) 884-4466

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff FMT Solutions, Inc.*

So Ordered
John A. Ross
May 8, 2014

SENNIGER POWERS, LLP

By: /s/Robert M. Evans, Jr.
  Robert M. Evans, Jr., #35613MO
  Benjamin J. Hodges, #62147MO
  100 N. Broadway, 17th Floor
  St. Louis, MO 63102
  Telephone: (314) 345-7000
  Facsimile: (314) 345-7600
  revans@senniger.com
  bhodges@senniger.com

  *Attorneys for Defendants Financial & Tax Strategies, Inc., Gary Goldberg, Morrison Financial, Foresight Education, LLC, and Mike Morrison*